Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Mohammed Ali Vasseghi,<br>a/k/a Nader Vasseghi,<br><br>　　　　　　　Defendant. | No. CR93-0286R<br><br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive Defendant Mohammed Ali Vasseghi.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case are dismissed, without prejudice.

//
//
//
//
//
//
*Order of Dismissal* -- 1
*U.S. v. Mohammed Ali Vasseghi; CR93-0286R*
UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The outstanding warrant shall be quashed. The case may be unsealed.

DATED this 11th day of December, 2017.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:
*/s/ Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney

*Order of Dismissal -- 2*
*U.S. v. Mohammed Ali Vasseghi; CR93-0286R*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970